UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIA CURIEL-RUTH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD  SECURITIES, LLC, et al.,<br><br>Defendants. | Case No. 4:21-cv-00829-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER<br>(CIVIL LOCAL RULE 11-3)** |

I, Brian Weinstein, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Defendant E*TRADE Financial Corporation in the above-captioned action.  My local co-counsel in this case is Neal A. Potischman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York 10017 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Davis Polk & Wardwell LLP<br>1600 El Camino Real<br>Menlo Park, California 94025 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 450-4000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 752-2021 |
| MY EMAIL ADDRESS OF RECORD:<br>brian.weinstein@davispolk.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>neal.potischman@davispolk.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2960094.

*PRO HAC VICE* APPLICATION & ORDER
CASE NO. 4:21-cv-00829-HSG

1    A true and correct copy of a certificate of good standing or equivalent official document

2  from said bar is attached to this application.

3    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the

4  Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

5  Rules.

6

7

8    *I declare under penalty of perjury that the foregoing is true and correct.*

9

10  Dated:    March 1, 2021                    */s/ Brian Weinstein*
                                              Brian Weinstein

11

12                    ORDER GRANTING APPLICATION
13            FOR ADMISSION OF ATTORNEY PRO HAC VICE

14    IT IS HEREBY ORDERED THAT the application of Brian Weinstein is granted, subject

15  to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate

16  appearance *pro hac vice*.  Service of papers upon, and communications with, local co-counsel

17  designated in the application will constitute notice to the party.

18

19  Dated:        3/5/2021

20                                       UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

*PRO HAC VICE* APPLICATION & ORDER
CASE NO. 4:21-cv-00829-HSG



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

————————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Brian Stryker Weinstein

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 1, 1999**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on February 24, 2021.

*Clerk of the Court*

CertID-00002456