UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELVIA CURIEL-RUTH, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

ROBINHOOD SECURITIES, LLC, et al.,

Defendants.

Case No. 4:21-cv-00829-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER
(CIVIL LOCAL RULE 11-3)**

I, Janet Jones-Duffey, an active member in good standing of the bar of the Southern District of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Defendant E*TRADE Financial Corporation in the above-captioned action. My local co-counsel in this case is Neal A. Potischman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York 10017 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Davis Polk & Wardwell LLP<br>1600 El Camino Real<br>Menlo Park, California 94025 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 450-4000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 752-2021 |
| MY EMAIL ADDRESS OF RECORD:<br>janet.jones-duffey@davispolk.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>neal.potischman@davispolk.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5334032.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:   March 1, 2021             /s/ Janet Jones-Duffey
                                    Janet Jones-Duffey

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Janet Jones-Duffey is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon, and communications with, local co-counsel designated in the application will constitute notice to the party.

Dated:      3/5/2021                _____
                                     UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

JANET JONES-DUFFEY, Bar # JJ0726

was duly admitted to practice in the Court on

June 15, 2015

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.  
New York, New York

On February 25, 2021

Ruby J. Krajick  
Clerk of Court

By s/ V. Bart  
Deputy Clerk